**No. 51302.**—Protest 119484–K of Maryland Distillers Products Co. (Baltimore).

Opinion by OLIVER, P. J. It was stipulated that the bottles are the same in all material respects as those the subject of Abstract 50935. In accordance therewith the claim of the plaintiff was sustained.

**No. 51303.**—Protests 109505–K/91504, etc., of Morris, Mann & Reilly, Inc., et al. (Chicago, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51304.**—Protests 121076–K, etc., of Shapiro-Soronson Co. et al. (Buffalo, etc.).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

SEPTEMBER 13, 1946

**No. 51305.**—SUIT 4517.———*M. V. Jenkins et al.* v. *United States.* Reap. Dec. 6131 reversed and remanded June 27, 1946. C. A. D. 341.